**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:06-cv-00685-PSF-PAC

RADIOLOGICAL IMAGING TECHNOLOGY, INC.

Plaintiff,

v.

NORTHWEST MEDICAL PHYSICS, INC.;
NORTHWEST MEDICAL PHYSICS CENTER,

Defendants.

_____

**NOTICE OF SETTLEMENT AND UNOPPOSED MOTION TO WITHDRAW MOTION
FOR PROTECTIVE ORDER, VACATE HEARING AND
FOR A GENERAL EXTENSION OF TIME**
_____

Pursuant to D.C.Colo.LCivR. 40.2(C), Plaintiff Radiological Imaging Technology, Inc. ("RIT"), by and through its undersigned counsel, hereby gives notice that the parties to this action have agreed to the terms of settlement and are in the process of drafting and negotiating final settlement documents that would resolve all claims in this action.

In light of these events, RIT requests that its Motion for Protective Order be withdrawn, that the hearing on that motion, currently scheduled for September 28, 2006 be vacated and that all applicable filing and scheduling deadlines in this case occurring in the next thirty days be extended by thirty days. In addition, RIT requests that the Settlement Conference set for

October 12, 2006 be postponed 30 days and rescheduled in November, 2006. In support, RIT states as follows:

   1. On September 22, 2006, RIT and Defendants Northwest Medical Physics, Inc. ("NMPI") and Northwest Medical Physics Center ("NMPC") reached an agreement in principle to settle the claims RIT has asserted in this action. The parties are in the process of preparing and negotiating settlement documents memorializing the parties' agreement, drafts of which will be exchanged this week. RIT anticipates that a settlement agreement will be finalized within the next two weeks but no later than 30 days.

   2. In light of the parties' agreement in principle to settle this case, RIT seeks to withdraw its Motion for Protective Order, vacate the hearing on its Motion for Protective Order, and extend the time to respond to all pending motions and to comply with the deadlines in this case occurring in the next thirty days. In addition, RIT requests that the Settlement Conference set for October 12, 2006 be rescheduled for November, 2006.

   3. Pursuant to a Minute Order entered by the Court today, September 26, 2006, a half-hour hearing on Plaintiff's Motion for Protective Order is scheduled for Thursday, September 28, 2006, before Magistrate Judge Shaffer. In order to conserve judicial resources given the parties' settlement agreement, RIT requests that it be permitted to withdraw its Motion for Protective Order without prejudice and further requests that the hearing on its Motion for Protective Order scheduled for September 28, 2006 be vacated.

   4. For the same reason, RIT requests a 30-day extension of time for all parties to respond or reply to all pending motions and discovery requests occurring in the next 30 days. The following deadlines fall within the next thirty days:

- Response to and Reply in support of Defendant NMPC's Motion to Strike Exhibit 2 to Plaintiff's Response in Opposition to Defendant's Motion to Transfer Venue (currently due on October 10 and October 25, 2006, respectively);

- Response to and Reply in support of Defendant NMPC's Motion for Leave to File a Second Amended Answer, Affirmative Defenses, and Cross-Claims against Defendant NMPI (currently due on October 5 and October 20, 2006, respectively);

- Reply in support of RIT's Motion for Extension of Time to Respond to NMPC's Discovery Requests (currently due on October 10 2006);

- RIT's response to Requests for Admissions, Interrogatories and Request for Production of Documents served by NMPC (currently due on October 9, 2006 (per RIT's motion for extension of time));

- NMPI's response to Interrogatories and Request for Production of Documents served by NMPC (currently due on October 6, 2006 (per NMPI's motion for extension of time)); and

- The Parties' submission of Confidential Settlement Statements to the Magistrate (currently due on October 5, 2006).

RIT respectfully requests that all parties be given a thirty day extension from the current deadlines. This is RIT's first request for an extension of time to respond or reply to these motions.

    5.  In addition, RIT requests that the Settlement Conference set for October 12, 2006 at 11:00 a.m. before Magistrate Judge Shaffer be rescheduled for November, 2006. See Scheduling Order; September 26, 2006 Minute Order. This is the first request for to reschedule the Settlement Conference, and the parties' impending settlement is good cause for the requested date change.

    6.  Pursuant to D.Colo.LCivR 7.1, the undersigned counsel conferred with counsel for NMPI and NMPC who do not oppose the relief requested herein.

3

WHEREFORE, RIT respectfully requests that the Court issue an Order, in the form attached hereto, GRANTING its Motion to Withdraw Motion for Protective Order, Vacate Hearing, and for Extension of Time extending the filing and scheduling deadlines in this case occurring in the next thirty days by thirty days.  In addition, RIT requests that the Scheduling Conference set for October 12, 2006 be rescheduled.

Dated: September 26, 2006

                Respectfully submitted,

s/ Kerry A. Macleod
Kerry A. Macleod
Terence C. Gill
SHERMAN & HOWARD, L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado, 80202
Telephone:  (303) 297-2900
Facsimile:   (303) 298-0940
KMacleod@sah.com
Tgill@sah.com

**Attorneys For Plaintiff**
**Radiological Imaging Technology, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

gbrimmer@hollandhart.com
dvoorhees@hollandhart.com
pkorneffel@bhf-law.com
easter@mpba.com

I further certify that on this 26th day of September, 2006, I mailed or served the foregoing document or paper to the following non CM/ECF participant in the manner indicated by the non-participant's name:

Dan Ritt (by mail)
President
Radiological Imaging Technology, Inc.
637 Elkton Drive
Colorado Springs, CO 80907-3513

s/Debra Sikes_____
Debra Sikes

5