# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-cv-00685-PSF-PAC

RADIOLOGICAL IMAGING TECHNOLOGY, INC.

Plaintiff,

v.

NORTHWEST MEDICAL PHYSICS, INC.;
NORTHWEST MEDICAL PHYSICS CENTER,

Defendants.

_____

### (PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW MOTION FOR PROTECTIVE ORDER, VACATE HEARING AND FOR A GENERAL EXTENSION OF TIME
_____

THE COURT, having reviewed the Notice of Settlement and Unopposed Motion to Withdraw Motion for Protective Order, Vacate Hearing and For a General Extension of Time, and being fully advised in the premises,

HEREBY ORDERS as follows:

The Motion is GRANTED.

1. Plaintiff's Motion for Protective Order is Withdrawn and the September 28, 2006 Hearing on Plaintiff's Motion for Protective Order is vacated.

2. The parties are granted a 30 day extension of time of the filing and

scheduling deadlines occurring in the next thirty days in this case as follows:

- RIT shall have up to and including November 9, 2006 to file its Response in Opposition to Defendant NMPC's Motion to Strike Exhibit 2 to Plaintiff's Response in Opposition to Defendants' Motion to Transfer Venue;

- NMPC shall have up to and including November 24, 2006 to file its Reply in Support of its Motion to Strike Exhibit 2 to Plaintiff's Response in Opposition to Defendants' Motion to Transfer Venue;

- RIT shall have up to and including November 6, 2006 to file its Response in Opposition to Defendant NMPC's Motion for Leave to File a Second Amended Answer, Affirmative Defenses, and Cross-Claims against Defendant NMPI;

- NMPC shall have up to and including November 20, 2006 to file its Reply in Support of its Motion for Leave to File a Second Amended Answer, Affirmative Defenses, and Cross-Claims against Defendant NMPI;

- RIT shall have up to and including November 9, 2006 to file its Reply in Support of its Motion for Extension of Time to Respond to NMPC's Discovery Requests;

- RIT shall have up to and including November 8, 2006 to serve its Responses and Objections to Requests for Admission, Interrogatories and Requests for Production of Documents served by NMPC;

- NMPI shall have up to and including November 6, 2006 to serve its Responses and Objections to Interrogatories and Requests for Production of Documents served by NMPC; and

- The parties shall have up to and including November 6, 2006 to submit Confidential Settlement Statements to the Magistrate.

3. The Settlement Conference set for October 12, 2006 is rescheduled for November ___, 2006.

Dated: _____, 2006.    BY THE COURT:

_____
Phillip S. Figa, United States District Judge

2